# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEE WEST,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RELIANT FINANCIAL CORPORATION dba GOLD ACCEPTANCE, a California Corporation, ALLIANCE CREDIT SERVICES, INC., a California Corporation, SMITH AND ASSOCIATES, an unknown business entity, EQUIFAX INFORMATION SERVICES, LLC, EXPERIENCE INFORMATION SOLUTIONS, INC., and DOES 1-10,<br><br>　　　　　　　　　　Defendants. | Case No.: 20cv678-JAH (JLB)<br><br>**ORDER GRANTING JOINT MOTION FOR DEFENDANT EQUIFAX INFORMATION SERVICES, LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

On May 28, 2020, Plaintiff Tracee West ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant"), filed a joint motion to for an extension of time for Defendant to respond to Plaintiff's First Amended Complaint. *See* Doc. No. 8.

///

///

Having reviewed the joint motion submitted by the parties, and good cause appearing, IT IS HEREBY ORDERED that the joint motion is **GRANTED**. Defendant shall respond to Plaintiff's First Amended Complaint by **June 12, 2020**.

**IT IS SO ORDERED.**

DATED: May 29, 2020

_____
Hon. John A. Houston
United States District Judge

2