UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEE WEST,<br><br>                     Plaintiff,<br><br>v.<br><br>RELIANT FINANCIAL CORPORATION dba GOLD ACCEPTANCE, a California Corporation, ALLIANCE CREDIT SERVICES, INC., a California Corporation, SMITH AND ASSOCIATES, an unknown business entity, EQUIFAX INFORMATION SERVICES, LLC, EXPERIENCE INFORMATION SOLUTIONS, INC., and DOES 1-10,<br><br>                     Defendants. | Case No.  20cv678-JAH (JLB)<br><br>**ORDER VACATING HEARING** |

After careful review, the Court deems Defendants Reliant Financial Corporation *et al.*'s motion to compel arbitration (Doc. No. 10), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

///

///

///

///

1  Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion is taken under
2  submission without oral argument and the hearing set for July 13, 2020, is VACATED.
3  The Court will issue an order in due course.
4  **IT IS SO ORDERED.**

8  DATED: July 8, 2020

_____
Hon. John A. Houston
United States District Judge