# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEE WEST,<br><br>         Plaintiff,<br><br>v.<br><br>RELIANT FINANCIAL CORPORATION dba GOLD ACCEPTANCE, a California Corporation, ALLIANCE CREDIT SERVICES, INC., a California Corporation, SMITH AND ASSOCIATES, an unknown business entity, EQUIFAX INFORMATION SERVICES, LLC, EXPERIENCE INFORMATION SOLUTIONS, INC., and DOES 1-10,<br><br>         Defendants. | Case No.: 20cv678-JAH (JLB)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE A SUR-REPLY [Doc. No. 22]** |

  Pending before the Court is Plaintiff Tracee West's ("Plaintiff") *ex parte* motion for leave to file a sur-reply to Defendants Reliant Financial Corporation *et al.*'s ("Defendants") reply to Plaintiff's opposition to Defendants' motion to compel arbitration. *See* Doc. No. 22.

///

1

Having reviewed the motion and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's *ex parte* motion is **GRANTED**. Plaintiff shall file a sur-reply no longer than three pages by **July 27, 2020**.

**IT IS SO ORDERED.**

DATED: July 22, 2020

_____
Hon. John A. Houston
United States District Judge